IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID BROWN,
Petitioner,

v.

DAN SPROUL,
Respondent.

Case No. 22–CV–2721–JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner David Brown's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice.

DATED: December 21, 2022

**MONICA A. STUMP, Clerk of Court**
**s/ Tina Gray, Deputy Clerk**

Approved:   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**